**Exhibit A**



Exhibit A

**Laura-Member** ›

send donations

8:27 AM

Donation for the mentorship External

Inbox

Summarize this email

Laura Van de Velde  Dec 17, 2025
to me ⌄

Hi Yesenia,

I'm so happy you're focusing on the most immediate and urgent commitments, and are honoring your own time and boundaries.

It's so generous to also gift everyone the class!

I honestly am so exited for next month's relaunch of the membership. I know it's going to be epic!

I wanted to ask you real quick, the funds have been cleared in my account and I would like to donate for the mentorship we discussed.
I just wanted to confirm if cashapp is how you would like to receive the donation?

I can't wait for my daughter and I to have our status corrected, have the passports and be protected with the trust! So excited!

Thank you again.

Laura Van de Velde
Sent from my iPhone

Donations are non refundable but if you felt it wasn't for donation and even if it was for my service you were aware of my hourly rate and I spent over 10 hours reading the document, analyzing, researching, then getting the structure together and then having to miss other potential calls because you kept canceling

Exhibit A



# Laura Van De Velde

Jan 13 at 12:20 PM

For Private 1:1 Membership Part Payment LVdV

# + $4,000.00

## Transaction details

✓ **Complete**
Payment received

**Payment between**
To: Yesenia Rose
From: Laura Van De Velde

$ **Depositing to**
Cash balance

**Fees** ⓘ
None applied

You replied 🖤

Exhibit A



# Laura Van De Velde

Nov 11, 2025 at 4:09 PM

For LVdV Option 4 donation

# + $300.00

## Transaction details

✓ **Complete**
Payment received

**Payment between**
To: Yesenia Rose
From: Laura Van De Velde

$ **Depositing to**
Cash balance

≡\ **Fees**      ⓘ
None applied

You replied 💜

Exhibit A



# Laura Van De Velde

Jan 20 at 8:55 AM

For Private 1:1 Mentorship Final Payment LVdV

# + $2,700.00

## Transaction details

✓ **Complete**
Payment received

**Payment between**
To: Yesenia Rose
From: Laura Van De Velde

$ **Depositing to**
Cash balance

≡\ **Fees** ⓘ
None applied

\# **Transaction number** ⧉
#D-E434VGK8

# Exhibit B





**Exhibit B**

**Post 2**

infinitecurrent11

wideonmalik91 with all due respect, you don't need to know the specifics of the matter. That's the opportunity I'm giving her so she can return the THOUSANDS she took from my friend. If she can do that, her business stays hers. I'm putting her on notice.

Because she knows what she did is HELLA FKED UP. If you that down and out for money, she can start a gofund me or do something else OTHER THAN STEAL from the very people she's making promises to.

Because any woman who can steal from another woman who also has kids is a betrayal I find extremely hard to overlook. And the whole thing about the drugs is an opinion I don't wish to explain.

Reply

---


**infinitecurrent11**
♫ Makaveli · Hail Mary 🔁    ( Follow )

(Send this to her) Hey Yesenia, I'm going to be very clear. This is your opportunity to correct what happened before it turns into something bigger than it needs to be. My friend is owed every dollar back. Not half. Not a negotiated amount. The full amount.

The last person I knew who tried to pull something like this suggested an NDA so nobody would expose the money he took, and I remember thinking, "Wow, how ridiculous." Told him he could shove that NDA up his ass, because honestly, what kind of stupid idea is that? Sounds a little crazy, right? Anyway, I digress.

You know exactly what this is about. It was more than $6,000 and less than $10,000, so let's not play confused.

If you do not have the full amount available right now, then send a written payment plan for three installments

 Join the conversation...

Exhibit B

Post 2



 

infinitecurrent11 . Author

@deci...al...1 with all due respect, you don't need to know the specifics of the matter. That's the opportunity I'm giving her so she can return the THOUSANDS she took from my friend. If she can do that, her business stays hers. I'm putting her on notice.

Because she knows what she did is HELLA FKED UP. If you that down and out for money, she can start a gofund me or do something else OTHER THAN STEAL from the very people she's making promises to.

Because any woman who can steal from another woman who also has kids is a betrayal I find extremely hard to overlook. And the whole thing about the drugs is an opinion I don't wish to explain.

Reply

If you do not have the full amount available right now, then send a written payment plan for three installments and start making it right immediately. If you want your operation to continue without unnecessary problems, then be a big girl and do the right thing. Nobody needs your actions, your specifics, or this situation becoming public with the details.

You still have the chance to handle this privately, cleanly, and like a grown woman. Do the right thing. Pay it back. Close this out. And don't get any funny ideas because TRUST & BELIEVE IM FUNNIER.

Remember, actions have consequences, and sometimes those consequences become insufferable. You have the power here. And quite frankly MONTHS to make this right. You chose not to so here we are.

The ball is on your court.

2 days ago

 Join the conversation...

Exhibit B

Post & comments

ericwatson7445 1d

@alexisforever I called him out too for playing that Spooky Pete roll scaring everybody to death about 1099 filings and telling people he's the only one that can help anybody. He's got 9000 documents filed and still driving a Honda. He ain't got it figured out and blaming payhs2freedom for getting people in trouble. I listen to her for two years. She never told people to do shit unless their house was in order and to know what they're doing, and she always said fact, check me

Reply

♡ 2

ericwatson7445 1d

@mmgscottyy he edits his shit worse than the court system does

Reply

♡ 1

mmgscottyy 22h

@ericwatson7445 bro is remedial and it shows immensely

Reply

♡ 3

ericwatson7445 15h

@mmgscottyy  the sovereign movement is a Psyop their worse then the media and commercial tribunals. Maybe they need to read Public Law Statutes at Large PUBLIC LAWS-CHS. 183, 184—MAY 3, 1940 54 Stat. Pg 178 what Congress defines as a sovereign citizen? They're just in the way!

Reply

♡

lisa0215l 2h

@ericwatson7445 paths to freedom aka path to prison has scammes many

♡

 What do you think of this?  GIF

Exhibit B

Post 2 comments



Exhibit B

Post 2 comments



**Comments**

Search · Infinite Current debt collection

Reply

View 6 more replies

jnicedaillest 2d
Accountability season #revelation let's go 💪

Reply

2

excessiveventures 2d
Reason everyone needs to do their own work.. also main reason we all cannot be doing any of this for anyone else. The liability far out weighs the assistance; because all it takes is one mistake, misunderstanding & boom you are blamed. Sharing is okay; because people need to learn.. sometimes learning the hard way is the only way people are going to learn their lesson.

Reply

2

thebookofjohnson 2d · Edited
@infinitecurrent11 aggravated identity theft, extortion conspiring  oh and I'm pretty sure she does this under a nonprofit

10

Add a comment for infinitec...

Exhibit B
Post 2 comments

## Comments

 **thebookofjohnson** 2d · Edited

@infinitecurrent11 aggravated identity theft, extortion conspiring  oh and I'm pretty sure she does this under a nonprofit as well so that would be using a public office for private gain that's also racketeering false advertisement embezzlement I believe that also brings in tax evasion misappropriation of funds and because this is dealing with trusts and receive of money to deal with a trust that might also fall under a breach of fiduciary duties. It's definitely a breach of contract. And considering the amount that's automatically federal outside of everything else of a long list and then trying to have an NDA signed afterwards under threatened and duress that's aggravated theft 🤣 I think the best way to go about it would just start with a rescission of contract and a demand to return funds followed by litigation that includes a lien on all properties. If funds aren't returned, I would do that for both of the business and personal. I would use small claims so that she can't bring a Lawyer. After receiving the rescission of contract, I would bill her three times and then after refusal of the return of the funds, I would go down and have a warrant issued for her and have the sheriff go snatch her up

♡ 10

Reply

 **ministerofequity** 2d
Call out all the fake scammers out here in this foreign market ripping off good people. FLIP THAT TABLE SISTER!    ♡

     

 Add a comment for infinitec...

Exhibit B

Post 2 comments



Exhibit B
Post 2 comments



Exhibit B

Post 2 comments



**Comments**

Search · Infinite Current debt collection

currency_mims 2d

Reply

cartier_tayy ✔ 2d
She is such a fraud and be going against the movement...I exposed her and my she blocked me 😂
Reply

Hidden by Instagram

msdjays 2d
Would you guys be interested in helping a senior recover 2K that was stolen from her by amyr_law?
Reply

View 2 more replies

onejewnior 2d
I was just telling someone about her and that clown ass half-of-boyfriend of hers last night, and BOOM! Here it is, @infinitecurrent11 on her job as always! LOL you're a whole vibe girl

2

Add a comment for infinitec...

Exhibit B
Post 2 comments

 2:37

# Comments

 **onejewnior** 2d
I was just telling someone about her and that clown ass half-of-boyfriend of hers last night, and BOOM! Here it is, @infinitecurrent11 on her job as always! LOL you're a whole vibe girl.

Reply

View 2 more replies

 **619ster** 2d
Great to see this! I almost was going to support her at first but she never explained anything she was doing with confidence and detail. Then all of a sudden she changed her tune and started calling everything in the freedom movement space a fraud. That's when I knew she was actually the fraud. How are you going to try and teach the very thing you don't fully believe in or understand yourself? Then turn around and call it all fraud because it didn't work out for you? Because you couldn't discern between what's right and wrong? What about everything you taught and charged money for prior to you calling it fraud? I've been telling people the whole state national thing is not the way for years. Doesn't mean everything in this space is fraud she just allowed herself to be victim to that when all she had to do was research Anna a bit and figure it out before wasting her time and money on it. Then she drags her dude into it and makes him do the same thing! Just bonkers to me!!!

Reply

       

 Add a comment for infinitec...

Exhibit B

Post 3



2:34

infinitecurrent11   Follow

Oh where, oh where did the refund go?
Oh where, oh where can it be?
Somewhere between "I'm a healer"
And "please stop exposing meeee"

2 days ago

ministerarod 1d · by author
I see it doesn't have a flat earth model.
Reply

infinitecurrent11 1d · Author
@ministerarod I WAS THINKING THE
SAME THING! 😂 It hurt a little to say
"spinning" vs "stationary" lol.
Reply

View 2 more replies

What do you think of this?

Exhibit B

Post 3 comments



2:34

annycadabby 2d · by author
😂😂😂 pure laughter and entertainment so cute 🥹🍼 😂
Reply
♡ 2

excessiveventures 2d · by author
👋😂🤣🌬🎽⚡🖐
Reply
♡ 2

iprotectmoney 2d · by author
No you didn't jus pull out the Denzel training day "where's little Jake gone?" on her 🤣🤣🤣
Reply
♡ 1

infinitecurrent11 2d · Author
@iprotectmoney 😂
Reply
♡ 1

plantedeep 2d · by author
😂
Reply
♡ 2

lyonessaa 1d
😂
Reply
♡

alaminclothing_ 1d · by author
🤣🤣🤣
Reply
♡ 1

ministerofequity 1d · by author
Hahahahaha ...you know who her posse is right? What's that saying birds of a feather flock together? Please name the process, was it the 1099 thingy ?
Reply
♡ 2

azynaffit84 1d · by author
♡

What do you think of this?  GIF  🎁

Exhibit B

Post 3 Comments



**Exhibit C**



If you still giving $$ to this druggie, you need to wake up

**876_the_minister** 11h
@_yesenia_rose ?
Reply   Hide

**Hide replies**

**infinitecurrent11** 3h · Author
@876_the_minister  fuk no. You can tell that thief who stole money from my friend that I know all about it and what she's doing in these streets
Reply

**876_the_minister** 3h · 🖤 by author
@infinitecurrent11 peace , didn't mean anything negative about you or post....With alot of misinformation going around, you're one of the few who keeps it a buck 50! 🤙🖤
Reply     Reply with a reel     Hide

**infinitecurrent11** 3h · Author
@876_the_minister I never took it negatively. She has me blocked. That bitch is a crackhead. You can tell her I said it
Reply

```
Nah nah nah nah nah
your mama's on crack
rock!
Yo' mama's on crack
```

Add comment...

Exhibit C
Post

Exhibit C

Post 1



**876_the_minister** 11h
@_yesenia_rose ?
Reply    Hide
    Hide replies

**infinitecurrent11** 3h · Author
@876_the_minister  fuk no. You can tell that thief who stole money from my friend that I know all about it and what she's doing in these streets
Reply

**876_the_minister** 3h · ❤ by author
@infinitecurrent11 peace , didn't mean anything negative about you or post....With alot of misinformation going around, you're one of the few who keeps it a buck 50! 🤝❤
Reply    Reply with a reel    Hide

**infinitecurrent11** 3h · Author
@876_the_minister I never took it negatively. She has me blocked. That bitch is a crackhead. You can tell her I said it
Reply

**infinitecurrent11**
♫ The Dogs · Crack Rock
**Follow**

I can't stand a thieving ass ho. This girl enters rooms and instantly lowers the property value. This girl is like the Wi-Fi at a motel...unsecured, suspicious, and everybody's been connected. This girl is the type to say, "I'm in my healing era," while actively ruining six people's lives. Bitch needs to get her shit together before she cross the right one.

NOW IF SHE GIVES MY FRIEND THE THOUSANDSSSSS & I MEAN THOUSANDS OF DOLLARS SHE STOLE & PROVIDED ZEROOOO SERVICES FOR, I WONT POST HER STUPID ASS FRAUDULENT ACTIONS. This woman thinks breathing has a fee. THE FUCK WRONG WITH YOU. Come clean because Karma is here & she needs answers . Mmkay! Stay off the crack. Purple lips don't suit you.

2 days ago

What do you think of this?    GIF

Exhibit C
Post 1 comments



Exhibit C

Post 1 comments

 2:38

**deonmalik91** 2d

What happened? That's not like her behavior. Certainly there had to be some sort of misunderstanding. Hate seeing the private community at ends with each other

Reply

♡ 1

**infinitecurrent11** 2d · Author

@deonmalik91 ummm  just because she didn't steal YOUR MONEY, doesn't make her a good person. And no one is turning on no one. Don't include me in those circles cuz Im not a part of any. I respect people individually who respect me and respect others. If you got selective respect, and you out here committing crimes against the people who put faith in you, and if you're my friend and you tell me about it... I'm going to expose you. Point blank period. It doesn't matter who you are. If Todd Duell had done this to someone else and they show me proof, I would expose his ass too. I don't care who you are. I care about the people. So if I gotta be the one exposing scammers so that others can make better decisions, my job here is done.

Reply

♡ 10

**ericwatson7445** 2d · by author

@deonmalik91 I mean, I get what you're saying. It sucks but the fact that the matter is when you paint a picture in this community that we're in People rely on your information and yes, everybody's responsible to do their own research for sure but I've been doing this 20 years and if I bring

♡ 2

What do you think of this?  GIF

Reply

 **ericwatson7445** 2d · by author

@deonmalik91 I mean, I get what you're saying. It sucks but the fact that the matter is when you paint a picture in this community that we're in People rely on your information and yes, everybody's responsible to do their own research for sure but I've been doing this 20 years and if I bring something to your attention that may not be correct and I'm supporting it with legal foundation and your retort is that you don't agree me, but you can't support it and then you block me because I provide the citations then that shows deceptive intent or an ego problem and that's got no place in this community. We're supposed to be like-minded people that share these ideas that's how some of us are actually so far that we eat court cases for breakfast and taxes we no longer pay they pay us. I'm just saying you got a strip title and look at function.

♡ 2

Reply

 **deonmalik91** 2d

@infinitecurrent11 I asked what happened. I didn't say anything about anyone being a good person or respecting people who respect me etc. idk what's going on, thats why I asked. I logged into my IG and this was the first thing I saw on my feed and I read it for more context and all I seen was you calling someone a druggie $$ and calling her a thief. I'm trying to find out what happened bc I follow her work and I've followed yours

♡

 What do you think of this?

Exhibit C
Post 1 comments

 2:38

 **deonmalik91** 2d

@infinitecurrent11 I asked what happened. I didn't say anything about anyone being a good person or respecting people who respect me etc. idk what's going on, thats why I asked. I logged into my IG and this was the first thing I saw on my feed and I read it for more context and all I seen was you calling someone a druggie $$ and calling her a thief. I'm trying to find out what happened bc I follow her work and I've followed yours and others in this space., and I simple said that doesn't seem like her behavior, bc I know people who've worked with her and we're fine. Like you she has a pretty big community who follow her work. I get you are defending your friend

Reply

 **infinitecurrent11** 2d · Author

@deonmalik91 with all due respect, you don't need to know the specifics of the matter. That's the opportunity I'm giving her so she can return the THOUSANDS she took from my friend. If she can do that, her business stays hers. I'm putting her on notice.

Because she knows what she did is HELLA FKED UP. If you that down and out for money, she can start a gofund me or do something else OTHER THAN STEAL from the very people she's making promises to.

Because any woman who can steal from another woman who also has kids is a betrayal I find extremely hard to overlook. And the whole thing about the drugs is an opinion I don't wish to explain

 What do you think of this?

Exhibit C
Post 1 comments

 2:39

 **sorianochungleefo** 2d
@deonmalik91 yes do it . I got one or a few who owe me $ and never complete the contract or service we agreed to !

♡ 1

Reply

 **privilegelady** 2d
@deonmalik91 no that is VERY much her behavior! Have you spent thousands with her???

♡ 1

Reply

 **floating_around1** 2d · ⚙ by author · Edited
@infinitecurrent11 she was steady trying to convince me Todd Duell was a fraud after I showed her some of his work. She's like "if I can't do it then it can't be done" dismissing any case that was thrown out or arbitrated as nonsense tryna get me to stop posting anything on my page that didn't go by her standards. At that point I knew I had to step back from her teachings.

♡ 5

Reply

 **deonmalik91** 2d
@floating_around1

♡

Reply

 **deonmalik91** 2d
No I didn't spend thousands.

♡

Reply

 **infinitecurrent11** 2d · Author
@floating_around1 😂😂 Oh yes, I heard about that, and the second I found out, I put her on blast. I even have a whole video of her somewhere in here

♡ 3

 What do you think of this?

Exhibit C
Post 1 comments

 **infinitecurrent11** 2d · Author

@floating_around1  Oh yes, I heard about that, and the second I found out, I put her on blast. I even have a whole video of her somewhere in here.

It all began when she tried to insinuate that I was after her man. Like, girl, absolutely not. You are not about to start that kind of bullshit with me.

The moment she tried to play that angle, I was like, hell to the fuck no. We are putting that fire out immediately. Got me fked up

Because one thing we are not doing is letting some insecure woman imply I'm chasing a man I wasn't even checking for.

The fuck. Weird ass ho

Reply

♡ 3

 **floating_around1** 2d · ⋯ by author · Edited

@infinitecurrent11 💀 Kafil? Lmao 🤣 cmon now. She called me scared he was gona find her and hurt her and then she ends up back w him lol I knew then she was very emotional and egotistical. I could tell she looked flush in her face. Her energy was just all over the place and then erased me and blocked me from everything for what I have no idea

Reply

♡ 2

 **infinitecurrent11** 2d · Author

@floating_around1 SHE DID THAT TO ME TOO!!!! I WAS LITERALLY GIVING HER EMOTIONAL SUPPORT & CHECKING UP ON HER 😂. THENNNNN SHE DID A 180 AND

♡ 4

 What do you think of this?  GIF  🎁

Exhibit C
Post 1 comments

2:43

Reply

**infinitecurrent11** 2d · Author

@floating_around1 SHE DID THAT TO ME TOO!!!! I WAS LITERALLY GIVING HER EMOTIONAL SUPPORT & CHECKING UP ON HER 😂. THENNNNN, SHE DID A 180 AND TRIED TO PULL THIS CRAP.

♡ 4

I was like, oh no, this woman is weird. Her whole act is built on manipulation.

And once I realized I was being bamboozled by a woman? That made it even more insulting. Because how are you going to lie on a woman who was calling you sis, supporting you, uplifting you, and genuinely rooting for you?

Like, girl, I was giving you sisterhood and you were giving con artist behavior.

Fuck outta here.

Reply

**floating_around1** 2d · ·· by author

@infinitecurrent11 damn. yeah, facts.  😂 crazy

♡ 2

Reply

**keyannafulton** 17h

@infinitecurrent11

♡

Reply

Hide replies

**louchurnovic** 2d · ·· by author

I saw the switch in both them. It was like an overnight full on campaign. I truly feel they are agents now of something. Paid or whatever idk. You don't do allllll that paperwork and filings with the treasury to

♡ 9

 What do you think of this?     GIF   🎁

Exhibit C

Post 1 comments

 2:46     .ıll 🛜  79

Hide replies

 **louchurnovic** 2d · · · by author
I saw the switch in both them.  It was like an overnight full on campaign. I truly feel they are agents now of something. Paid or whatever idk. You don't do allllll that paperwork and filings with the treasury to just flip.  So now we're in the USC CODE (can't remember exactly) about pre tending to be a us citizen when they're not?  Bc they did file their status change etc. - at least I don't think so.  It's weird no matter what.
♡ 9

Reply

 **foofiepoochies** 2d
@louchurnovic yeah it's like they flipped a switch overnight! I wonder wtf happened & why they are doing this
♡

Reply

 **privilegelady** 2d
@louchurnovic YES!!!
♡

Reply

 **eternalintox** 2d
@louchurnovic she's scamming n stealing ppls money tho! agents wouldn't do that!
♡ 1

Reply

 **louchurnovic** 1d
@eternalintox  not actual agents employed and true intelligence agents. Paid off.  Intentional disinformation and anything they do in terms of like that would be viewed as collateral damage for the cause.  Basically - like an informant. They sell drugs.  They
♡

    What do you think of this?    

Exhibit C
Post 1 comments



loudhurnovic 1d
@eternalintox not actual agents employed and true intelligence agents. Paid off. Intentional disinformation and anything they do in terms of like that would be viewed as collateral damage for the cause. Basically - like an informant. They sell drugs. They still involved with murders etc. they most definitely could be scamming while doing what they're told.
Reply

eternalintox 1d
@louchurnovic ugh geez 😂
Reply
Hide replies

power4moves 2d · by author
🔥🔥🔥🔥🔥🔥 Thank you infinite for continuing to drop real shyt on these people, I've used it and it works....yall stay safe out there @infinitecurrent11 You are the real deal
Reply
9

iprotectmoney 2d · by author
The WiFi at the motel is diabolical & I FUCCiN LOVE iT 🤣😭😭😭
Reply
8

infinitecurrent11 2d · Author
@iprotectmoney 😂
Reply
3

wolfsan83 2d · by author
Ohh sh* t told you i had a feeling about that page 😵
Reply
3

What do you think of this?

Exhibit C
Post 1 comments



Exhibit C
Post 1 comments



Exhibit C
Post 1 comments

**alexisforever** 2d · by author

@mmgscottyy they belong together they both slow. Dude can't even win a case

♡ 9

Reply

**mmgscottyy** 2d

@alexisforever and got the nerve to keep posting new cases

♡

Reply

**ericwatson7445** 1d

@alexisforever I called him out too for playing that Spooky Pete roll scaring everybody to death about 1099 filings and telling people he's the only one that can help anybody. He's got 9000 documents filed and still driving a Honda. He ain't got it figured out and blaming payhs2freedom for getting people in trouble. I listen to her for two years. She never told people to do shit unless their house was in order and to know what they're doing, and she always said fact, check me

♡ 2

Reply

**ericwatson7445** 1d

@mmgscottyy he edits his shit worse than the court system does

♡ 1

Reply

**mmgscottyy** 22h

@ericwatson7445 bro is remedial and it shows immensely

♡ 3

Reply

**ericwatson7445** 15h

@mmgscottyy  the sovereign movement is a Psyop their worse then the media and commercial tribunals.

♡

What do you think of this?    GIF

Exhibit C
Post 1 comments

**ericwatson7445** 2d · by author
I told you all nine months ago she blocked me because I called her out on her trust processes. I told her she was inflating trust law, and fabricating tax returns. She blocked me. She blocked book of Johnson.
Reply

♡ 2

**fgm.jah** 2d
She ruined Kalif Tunsil. I liked him. He blocked me for encouraging him to do better after he got back with this miscreant after she tried to destroy his reputation
Reply

♡ 2

**eternalintox** 1d
@fgm.jah he's in love with her
Reply

♡ 1

**leojinnerdlife** 2d · by author
That bih stole from the lady who was just trying to get her immigration papers we ain't forgot.... Saying trust will protect her from deportation.... 💀💀💀💀
Reply

♡ 4

**4bdn_unlawfulcarnalknowledge12** 1d
I been waiting for like a year for her to actually post something of substance. She sound like she barely scratching the surface on trust law and status correction
Reply

♡

**fgm.jah** 2d
She ruined Kalif Tunsil. I liked him. He blocked me for encouraging him to do better after he got back with this miscreant after she tried to destroy his reputation
Reply

♡ 2

What do you think of this?    GIF  🎁

 

Exhibit C

Post 1 comments

2:51 •••ll 🗇 78

View 2 more replies

 **whatz.tha.truth** 2d · by author
OMG, she is a complete manipulative liar! She called business associates of mine to tell them " I was against her". Yeah biyatch, your a snake, slithering sneaky damn manipulating snake.  Poor Minister.  When she finishes draining him😂😂😂 he will need therapy!

♡ 5

Reply

 **ericwatson7445** 2d · by author
I told you all nine months ago she blocked me because I called her out on her trust processes. I told her she was inflating trust law, and fabricating tax returns. She blocked me. She blocked book of Johnson.

♡ 2

Reply

 **tacobe11o** 2d
Her and her simp man minister whatever gave me weird vibes. Knew they were on some fk shit

♡

Reply

 **malibu4real_** 2d
@nickolasseedlock is also a thief and a scam ✅

♡

Reply

View 9 more replies

 **eternalintox** 2d · by author
Yes she's a scammer but is against fraud smh

♡ 1

Reply

View 5 more replies

 **leojinnerdlife** 2d · by author

 What do you think of this?  GIF  🎁

Exhibit C
Post 1 comments



Exhibit C

Post 1 comments



**ministerofequity** 2d · by author

She popped up on my timeline one time....and my bull 💩 meter started pegging on ALERT!! She is why people get injured.

Reply

3

**pro_se_xy** 2h

Amen. 🙏

Reply

**yzmajor** 2d

😂

Reply

**hunnidonabeat** 2d

Something wasn't sitting right I could feel it

Reply

**daringdave3** 2d

I also noticed she's a part of order of the eastern star and Masonic network groups on LinkedIn. She could be a disinformation agent

Reply

6

**infinitecurrent11** 2d · Author

@daringdave3 haha that's good to know

Reply

2

**lisa0215l** 2h

@daringdave3 eastern star 100% fuck fake CON ARTIST LIARS MANIPULATORS like piece of shit Rosa Parks (conveniently a camera always around ) . Most masonic fucks manipulating the public their race wars bullshit. Divide n conquer. They r puppets like MLK was for Rothchilds/ Rockefellers. Race. class, age, sex

What do you think of this?

Exhibit C

Post 1 comments



**2:50**

wars bullshit. Divide n conquer. They i
puppets like MLK was for Rothchilds/
Rockefellers. Race, class, age, sex
Wars etc etc. They always want the
masses lost / against 1 another

Reply

Hide replies

 **alexisforever** 2d · ·· by author
I support this message! 😂 That bih
blocked me when I called her out on her
BS! I do NOT miss that non sense on my
TL! 💀

Reply

♡ 11

**mmgscottyy** 2d
@alexisforever you too!!!! That's crazy,
I heard she was a little off but it's
making sense now. 😂😂😂

Reply

♡ 2

 **punchman.100** 2d
@ministerkafiltunsiil

Reply

♡

**__n0___00___ne.bre** 2d · ·· by author
stopped that follow looooooonng ago

Reply

♡ 2

 **mmgscottyy** 2d · ·· by author
I got blocked for watching her live and the
fake beef with Minister Kafil 😂😂.... I
didn't even say anything.
Fast Forward, she and him are claiming the
sovereign movement is a Psyop 😂💀💀

Reply

♡ 8

View 8 more replies

 **floating_around1** 2d · ·· by author

♡

 What do you think of this?   GIF   🎁

Exhibit C

Post 1 comments



eternalintox 2d · by author
Yes she's a scammer but is against fraud smh
Reply ♡ 1

leojinnerdlife 2d
@eternalintox right! make it make sense! Poor souls! 💀💀👻👻 ♡
Reply

eternalintox 2d
@leojinnerdlife she's targeting the Hispanic community and posing as an attorney ♡ 1
Reply

eternalintox 2d · by author
@leojinnerdlife yup that's what I heard too smh ♡ 1
Reply

infinitecurrent11 2d · Author
@eternalintox GTFOOOO. Oh HELL NAHHHH ♡ 1
Reply

eternalintox 2d · by author
@infinitecurrent11 stuff ain't been right a while now truth always comes out! She won't be dancing much more on her page if she's exposed keep blasting this! She was for the movement n now is all about fraud but she's doing fraud herself makes no sense and it ain't right! ♡ 1
Reply
Hide replies

leojinnerdlife 2d · by author
That bih stole from the lady who was just ♡

 What do you think of this?  GIF 🎁

**Exhibit D**

# EXCLUSIVE NON-DISCLOSURE AGREEMENT (NDA)

Private Educational Offering ¦Equity Jurisdiction
Version: Royale Impératrice Trust Access NDA

## This Agreement is entered into by and between:

Disclosing Party:

Royale Impératrice Yesenia, Trustee of Royale Ab Initio Express Trust, hereafter referred to as "Discloser" , operating in private capacity, exclusive equity, and divine jurisdiction.

Receiving Party:

Name: _Laura Van de Velde_____

Email: _lvdv15@hotmail.com_____

(Hereafter referred to as "Recipient" or "Participant" )

## 1. Purpose

Recipient desires access to private educational materials, classes, strategies, and resources, including but not limited to: status correction teachings, trust law insights, ministry frameworks, templates, intellectual property, and proprietary processes. This information is confidential, sacred, and not for public distribution.

## 2. Confidentiality

Recipient agrees to:
- Not disclose, copy, record, distribute, or share any materials, teachings, templates, or communications without written consent.
- Not teach, sell, license, or repackage the information, whether in part or in whole, under their own brand or in collaboration with others.
- Use the material strictly for private personal education and lawful application.

## 3. Jurisdiction

This agreement is executed in the private domain under exclusive equity, protected by:
- The Maxims of Equity
- The First Amendment, Natural Law, and Divine Right
- Ecclesiastical Trust Authority

No consent is granted to statutory courts or corporate jurisdiction unless explicitly agreed upon by the Discloser.

## 4. Term

This Agreement is binding perpetually from the date of signing unless released in writing by the Discloser.

## 5. Remedies

Any breach of this agreement constitutes a trespass upon private trust res and violation of ecclesiastical jurisdiction. Remedies may include:
- Immediate termination of access
- Private claims for damages or lien
- Public notice of breach within ecclesiastical and private record

## 6. Acknowledgment

By signing below, Recipient affirms:
- Full understanding of the sacred and private nature of the information shared
- Consent to be bound by the terms outlined above
- Willful acceptance of lawful consequences for any breach

## 7. Signatures

Recipient / Participant
Name (Print): _Laura Van de Velde_____
Signature: _____
Date: _____17th of October 2025_____

Discloser
Royale Impératrice Yesenia
Trustee, Royale Ab Initio Express Trust

"To receive sacred knowledge is a privilege, not a right. To protect it is an oath." – Goddess of Equity

 **Gmail**

Kafil Tunsill <servinghumanity89@gmail.com>

## Fwd: LAURA VAN DE VELDE NDA Re: Status Correction Class - Hold Harmless & Indemnity Agreement & NDA

1 message

Yesenia Rose <hello@freedom-codes.com>                                  Wed, Jun 3, 2026 at 2:40 PM
To: Kafil Tunsill <servinghumanity89@gmail.com>

---------- Forwarded message ----------
From: **Laura Van de Velde** <lvdv15@hotmail.com>
Date: Fri, Oct 17, 2025 at 6:57 AM
Subject: LAURA VAN DE VELDE NDA Re: Status Correction Class - Hold Harmless & Indemnity Agreement & NDA
To: Yesenia Rose <hello@freedom-codes.com>

**HOLD HARMLESS AND INDEMNITY AGREEMENT**
Non-Negotiable -Private Between the Parties: Yesenia Rose Freedom-Codes

For valuable consideration between parties, this hold harmless Trust Arrangement is agreed to as members of this covenant and without division. The parties hold harmless and agree to indemnify all parties who are members of groups listed/private membership associations/ classes as stated.

I (as stated below) promise to hold harmless ANY parties/ group members from and against any and all charges, claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, loss, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as might become about from past, present or future participation via shared testimony, education, information, or entertainment exchange on the Instagram, YouTube, Facebook, Zoom platforms now listed. Nunc pro tunc. Bonafide holders of covenant.

This Hold-harmless and Indemnity Agreement is mutually agreed upon by

**NAME: Laura Van de Velde**
**& INTIALS: LVdV**
**IG or FB Tag Name: @fromburnouttobank**
**Email: lvdv15@hotmail.com**

between Yesenia Rose.
As Good As Aval. Hold Harmless/Indemnity Agreement In Honor I, **Laura Van de Velde**

Todays Date: **17/10/2025**

**NOTICE OF NON-DISCLOSURE & PRIVATE AGREEMENT**
By reading this email, accessing the attached materials, attending any classes, or reviewing any shared content, you agree to the following terms:

1. **Confidentiality**: All materials, recordings, documents, and information shared herein are **private, proprietary, and not for public distribution**. You agree not to record, copy, forward, disclose, or reproduce any part of this communication without prior **written consent** from the original sender.
2. **Private Membership**: Participation is considered an act of **private membership**, not public accommodation. This exchange is conducted under **private ecclesiastical and equitable jurisdiction** and is protected under **Natural Law and the First Amendment**.
3. **Non-Commercial Use**: You agree not to use the information shared for any commercial, competitive, or unauthorized instructional purposes.
4. **Violation Penalty**: Unauthorized use, disclosure, or sharing of materials will be considered a **trespass**, breach of private trust, and subject to private claim, lien, and enforcement under exclusive equity jurisdiction.

Proceeding further constitutes your **agreement**to these terms. If you do not agree, please discontinue access, do not attend any further classes/private meetings and delete this email immediately (please be sure to fill out the attachment and send back).
Sent from my iPhone

> On Oct 16, 2025, at 10:27 PM, Yesenia Rose <hello@freedom-codes.com> wrote:
>
>
> Hello everyone!
>
> I have only received back the signed NDA and Hold Harmless Agreement by only 3 people (out of 20).
>
> Out of courtesy I will be extending this class to next week to give people the time to sign and return back to me.
>
> For those of you that did sign and return, please let me know ASAP if Tuesday will be good at 6pm (PDT). I will be reaching out to my cusip guy to update him on the new time.
>
> In the event that you do not send back the signed NDA and HHA, the class will be held without you and I will not release the replay until the agreement is signed and returned back to me.
>
> Thank you for understanding and apologies for inconvenience.

On Thu, Oct 16, 2025, 2:43 AM Yesenia Rose <hello@freedom-codes.com> wrote:
Good evening everyone!

I pray this email finds you all well. I am SOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO excited to be seeing everyone on Friday (October 17th) at 6:00pm (PDT).

I have been juggling so much this last month it seriously has been crazy and it has been hard to keep up (I am currently seeking an assistant to help me with administrative work to keep me stay at float because I feel I am drowning).

Please know there are about 20 people attending (I did not market it as much as I could have as I have been studying a lot of more complex processes along with helping my current clients and juggling my family). I am debating on remaining public or just going private with minimal public eye (debating we will see). Regardless I am really excited to share all the information I will be presenting this Friday as I truly believe a lot of this information is something that is not really shared in the public, as you know (if you have seen my recent reel), I am being mentored in the private with two groups who are exclusively private and I have been asked to not share specific information or who they are. Regardless I will be introducing the knowledge in my own style of teaching without their mention or materials and we will be having a special guest who helps with cusip!! This class will be jam packed with so much information (please be prepared, have your dinner, water, notebook and questions ready to sit down and learn!).

With all the information I am learning I am requiring everyone to please fill in below. Please send it back to me copied and pasted back into the email body with your information filed out. I am also requiring all participants to sign an NDA (private material, teachings, videos, templates, audios etc) (please see attached and summary below). Please sign and either screenshot and send back only the signature page.

**IF THIS IS NOT SENT BACK YOU WILL NOT HAVE ACCESS TO THE CLASS!! I will be sending the updated link on Friday

### HOLD HARMLESS AND INDEMNITY AGREEMENT
Non-Negotiable -Private Between the Parties: Yesenia Rose Freedom-Codes

For valuable consideration between parties, this hold harmless Trust Arrangement is agreed to as members of this covenant and without division. The parties hold harmless and agree to indemnify all parties who are members of groups listed/private membership associations/ classes as stated.

I (as stated below) promise to hold harmless ANY parties/ group members from and against any and all charges, claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, loss, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as might become about from past, present or future participation via shared testimony, education, information, or entertainment exchange on the Instagram, YouTube, Facebook, Zoom platforms now listed. Nunc pro tunc. Bonafide holders of covenant.

This Hold-harmless and Indemnity Agreement is mutually agreed upon by

NAME: >>>> YOUR_NAME_HERE
& INTIALS: >> XXXX
IG or FB Tag Name:
Email: 1234@yahoo.com

between Yesenia Rose.
As Good As Aval. Hold Harmless/Indemnity Agreement In Honor I, YOUR_FULL_NAME_HERE

Todays Date: xx/xx/2025


### NOTICE OF NON-DISCLOSURE & PRIVATE AGREEMENT

By reading this email, accessing the attached materials, attending any classes, or reviewing any shared content, you agree to the following terms:

1. **Confidentiality**: All materials, recordings, documents, and information shared herein are **private, proprietary**, and **not for public distribution**. You agree not to record, copy, forward, disclose, or reproduce any part of this communication without prior **written consent** from the original sender.

2. **Private Membership**: Participation is considered an act of **private membership**, not public accommodation. This exchange is conducted under **private ecclesiastical and equitable jurisdiction** and is protected under **Natural Law and the First Amendment**.

3. **Non-Commercial Use**: You agree not to use the information shared for any commercial, competitive, or unauthorized instructional purposes.

4. **Violation Penalty**: Unauthorized use, disclosure, or sharing of materials will be considered a **trespass**, breach of private trust, and subject to private claim, lien, and enforcement under exclusive equity jurisdiction.

Proceeding further constitutes your **agreement** to these terms. If you do not agree, please discontinue access, do not attend any further classes/private meetings and delete this email immediately (please be sure to fill out the attachment and send back).

Thank you!

Warm Regards,
Yesenia Rose
Freedom-Codes


**All Rights Reserved | Without Prejudice | Without Recourse**
**American National | Secured Party Creditor | Private Entity**

**Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.**
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521).** It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent.**

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

**I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.**

--

Warm Regards,
Yesenia Rose
Freedom-Codes

**All Rights Reserved | Without Prejudice | Without Recourse**
**American National | Secured Party Creditor | Private Entity**

**Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.**
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521).** It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent.**

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

**I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.**

--

Warm Regards,
Yesenia Rose
Freedom-Codes
Linkedin Instagram YouTube Facebook Website Services
Consults Private Academy

**All Rights Reserved**

**Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.**
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521).** It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent.**

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

**I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.**

*This message and its material provided (written or verbal) is exclusively intended for educational and administrative support purposes only. No legal, financial, medical or tax advice is given.*

**Exhibit E**

# DECLARATION OF KAFIL TUNSILL PURSUANT TO 28 U.S.C. § 1746

**1.** I am a Plaintiff in the above-captioned action. I am a resident of Jacksonville, Florida (Duval County), and I submit this Declaration in support of the Verified Complaint and the Emergency Ex Parte Motion for Temporary Restraining Order filed concurrently herewith.

**2.** I am a professional educator and instructor who conducts regularly scheduled classes and consultation sessions for enrolled students and private clients. I also serve as a leader within Al-Iman Ministry, through which I maintain ongoing commitments to private members who rely upon scheduled calls and communications from me.

**3.** I am Plaintiff Yesenia Franco's closest confidant. Beginning on or about June 1, 2026, I became directly and continuously involved in managing the crisis caused by Defendants' coordinated extortion and defamation campaign against Plaintiff Franco. The volume, severity, and ongoing nature of Defendants' conduct required my sustained and undivided attention, causing me to cancel, reschedule, and neglect multiple professional and ministerial commitments.

**4.** Specifically, as a direct and proximate result of Defendants' conduct, I suffered the following documented professional disruptions:

    **a. Cancellation of Professional Class — Monday, June 1, 2026, 7:00 PM:** I was required to cancel my regularly scheduled professional class on Monday, June 1, 2026, at 7:00 PM. This cancellation was caused directly by the time and emotional demands of responding to Defendants' extortion posts, which were published on or about that same date. My enrolled students, who had registered and relied upon this class, were notified of the cancellation and can testify to its occurrence.

    **b. Cancellation of Professional Class — Wednesday, June 3, 2026, 7:00 PM:** I was required to cancel my regularly scheduled professional class on Wednesday, June 3, 2026, at 7:00 PM. This cancellation was caused directly by the continued and escalating nature of Defendants' campaign, including Defendant Grisales's deliberate reposting of the defamatory content on or about June 3, 2026, after Instagram had removed it for violating its Community Standards. My enrolled students can testify to this cancellation.

    **c. Rescheduling of Multiple Consultation Calls:** In addition to the two class cancellations, I was required to reschedule multiple private consultation calls with clients during the period of June 1 through June 4,

2026. These reschedulings caused disruption to my clients' schedules, damaged my professional reputation for reliability, and resulted in lost and deferred income.

**d. Neglect of Al-Iman Ministry Obligations:** I serve in a leadership capacity within Al-Iman Ministry, and private members of that ministry had scheduled and were expecting to receive calls from me during the period of June 1 through June 4, 2026. Due to the demands of responding to Defendants' ongoing campaign, I was unable to fulfill these ministerial obligations, causing harm to my relationships with private members and to the ministry's operations.

**5.** The professional and ministerial disruptions described above were not voluntary. They were caused entirely and directly by the time, emotional distress, and practical demands imposed upon me by Defendants' coordinated campaign of extortion, defamation, and cyberstalking against Plaintiff Franco — my closest confidant — which required my continuous personal involvement in managing the crisis.

**6.** I have been in a state of nonstop distress since the commencement of Defendants' campaign on or about June 1, 2026. The psychological toll of witnessing a coordinated public destruction campaign targeting someone I am deeply connected to, combined with the practical demands of assisting in the response to that campaign, has been severe, continuous, and ongoing.

**7.** I am prepared to provide further testimony regarding these disruptions, and I am willing to make my enrolled students available to testify as witnesses to the class cancellations described in paragraphs 4(a) and 4(b) above.

**I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on this _____ day of June, 2026, in Jacksonville, Florida.

_____
**KAFIL TUNSILL**
Plaintiff / Declarant
P.O. Box 364
Jacksonville, Florida 32201

**Exhibit F**

# Video Transcript 2

Exhibit F

| Timestamp | Text |
|---|---|
| 00:00 – 00:11 | What up, what up, Yesenia. I saw that you blocked me, girl. Hey, I get it. Why the hell would you want to see a reminder of where you fucked up? |
| 00:11 – 00:24 | But I feel like if you're going to block me, then perhaps it's best to, like, callarte, you know? Callarte, mind your business. |
| 00:24 – 00:35 | Because at this point right now, you want to run your mouth and try to undermine, because I'm the only one talking about tax court. I'm the only one that mentioned about how they're sealed, okay? |
| 00:35 – 00:43 | But now you want to go ahead and take that information and twist it simply because your butt hurt, because the shit that you were making up in your head wasn't true. |
| 00:43 – 00:51 | I hope that you actually looked at the messages that, you know, me and your man actually had and had a dialogue about, okay? |
| 00:51 – 00:59 | I wonder if those were interesting, because, I mean, they were boring as hell if you ask me, but hey, you know, somehow you really think I was after your guy. |
| 00:59 – 01:06 | Like, no, girl, what? Get over yourself. Please. Jesus Christ. And then I post some shit, and all of a sudden you think it's about you. |
| 01:06 – 01:13 | No, this message is about you. This one is about you. See how that works? |
| 01:13 – 01:27 | Anyway, yeah, girl, show your face. Why you got to block me for? If I'm not that much of importance, why block me? |
| 01:27 – 01:38 | Did I hit a nerve when I told you to go listen to those audios that prove you that you're lying to yourself? Is that what happened? I get it. I get it. I get it. |

# Exhibit F

01:38 – 01:43

But why continue to talk shit when I'm going to come back at you, bitch?

01:38 – 01:43

But why continue to talk shit when I'm going to come back at you, bitch?

Exhibit F

9:40 .ıl 🛜 67↯



**Posts**
infinitecurrent11

**Follow**

♡ 164   ◯ 37   ⇄ 3   ▽ 4        🔖

**infinitecurrent11** Get well soon babes. Im sure someone will send you this message. Also, charging thousands of dollars for a foreign grantor trust, beefing with other gurus because they charge too little for the same information you got says more about your mental health than your character. Stop acting like an incompetent minor. You fking with the right one 🧍

February 4

Comments for
February 4, 2026
POST



**Comments**

Reply

 **foxyblackwolf** 17w



Reply

View 1 more reply

Hidden by Instagram

 **llewfy** 17w
That bitch blocked me too idek her
jkjkjk you too bright to argue with a fool it's
ok people hate me for being smart too

Reply

       

 Add a comment for infinitecurrent11

Exhibit F



9:40

**Comments**

 **jgarza2016** 17w
Wait what!! They can still see it if they
blocked you? 😂😂 ♡
Reply

**jermaine21webb** 17w
I love that fire! ♡
Reply

 **bebehippio** 17w · ♥ by author
Butt hurt 😆 ♡
Reply 1

 **ministerofequity** 17w · ♥ by author
Wait a minute..... she's been bringing ♡
public drama for a minute....she's dreaming
about private life at this point. Pay walls 1
are a dead give away.....no bueno....soon
the wolves will start sniffing around they
run in packs..
Reply

 **re_1_3** 17w · ♥ by author

        

 Add a comment for infinitecurrent11 [GIF]

Exhibit F



## Comments

 **free_man_bygrace** 17w ·  by author
Shes an agent.

Reply                                                               ♡
                                                                    4

 **infinitecurrent11** 17w · Author
@free_man_bygrace nah... she aint
that bright. Girls nutty.                                           ♡
                                                                    5
Reply

 **housetoask** 17w ·  by author
@free_man_bygrace she is                                           ♡
emotionally unstable . A wounded
inner child seeking validation. Since                              2
she received clout it went to her ego
and head . She didn't even
comprehend half the info she was
regurgitating and ripping off . That
inner child is confused and plays
victim and causes discourse with
others

Reply

 **housetoask** 17w ·  by author
@free_man_bygrace i'll pray for her                                ♡

       

   Add a comment for infinitecurrent11

Exhibit F



**9:40**

## Comments

Who's being talked about ?

Reply
♡
2

**creationship** 17w

😂😂😂
♡

Reply

**the_yellow_bricks** 17w
Veeeeeee
♡

Reply
1

**ave.lpz** 17w
I need the chisme 😂
♡

Reply

**pjhanks** 17w
Whadda G!! 👏😂👏
♡

Reply

**high.desert.oreganics** 17w
Yesinia rose causing problems with you
too?
♡

Reply

       

 Add a comment for infinitecurrent11

**Exhibit G**

# 2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L22000483193

**Entity Name:** PERCAPITA LLC

**Current Principal Place of Business:**

777 N ORANGE AVE
ORLANDO, FL 32801

**Current Mailing Address:**

1938 MELVIN AVE
ORLANDO, FL 32806

**FEI Number: 92-1066740**

**Name and Address of Current Registered Agent:**

GRISALES, VANESSA
1938 MELVIN AVE
ORLANDO, FL 32806 US

**FILED**
**Apr 29, 2026**
**Secretary of State**
**3433933089CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                          Date

## Authorized Person(s) Detail :

| | |
|---|---|
| Title | TRUSTEE |
| Name | GRISALES, VANESSA |
| Address | 1938 MELVIN AVE |
| City-State-Zip: | ORLANDO FL 32806 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: VANESSA GRISALES                    TRUSTEE                    04/29/2026

Electronic Signature of Signing Authorized Person(s) Detail                                          Date

**Exhibit H**



Exhibit H

# We removed your post

Jun 3, 2026

 **infinitecurrent11**

I can't stand a thieving ass ho. This girl enters rooms and instantly lowers the property value. This girl is like the Wi-Fi at a motel...unsecured, suspicious, and everybody's been connected. This girl is the type to say, "I'm in my healing era," while actively ruining six people's lives. Bitch needs to get her shit together before she cross the right one.

NOW IF SHE GIVES MY FRIEND THE THOUSANDSSSSS & I MEAN THOUSANDS OF DOLLARS SHE STOLE & PROVIDED ZEROOOO SERVICES FOR, I WONT POST HER STUPID ASS FRAUDULENT ACTIONS. This woman thinks breathing has a fee. THE FUCK WRONG WITH YOU. Come clean because Karma is here & she needs answers  . Mmkay! Stay off the crack. Purple lips don't suit you. 🚶

Jun 1, 2026

♡ 29   💬 11   ⇄ 1   ▽                    🔖

**infinitecurrent11** Instagram is out here working overtime. 🚶

21 hours ago

Exhibit H



9:40

**Comments**

 **jgarza2016** 17w
Wait what!! They can still see it if they
blocked you? 😂😂
Reply

 **jermaine21webb** 17w
I love that fire!
Reply

 **bebehippio** 17w · ❤ by author
Butt hurt 😆
Reply                                                    1

 **ministerofequity** 17w · ❤ by author
Wait a minute..... she's been bringing
public drama for a minute....she's dreaming          1
about private life at this point.  Pay walls
are a dead give away.....no bueno....soon
the wolves will start sniffing around they
run in packs..🐺
Reply

 **re_1_3** 17w · ❤ by author

       

 Add a comment for infinitecurrent11





**9:40**

## Comments

Who's being talked about ?
Reply

2

**creationship** 17w

Reply

**the_yellow_bricks** 17w
Veeeeeee
Reply

1

**ave.lpz** 17w
I need the chisme 😂
Reply

**pjhanks** 17w
Whadda G!! 👏 😂 👏
Reply

**high.desert.oreganics** 17w
Yesinia rose causing problems with you
too?
Reply

       

 Add a comment for infinitecurrent11

**Exhibit I**

*U.S. Mailing Address*



**13.a.** In Care Of Name (if any)

LAURA VAN DE VELDE

**13.b.** Street Number and Name

3350 TOLEDO TERRACE

**13.c.** ☒ Apt. ☐ Ste. ☐ Flr.   404

**13.d.** City or Town   HYATTSVILLE

**13.e.** State  MD    **13.f.** ZIP Code  20782

**20.b.** State

**21.** Date of I

When I last an

**22.a.** ☒ Was
exar
temp

**22.b.** ☐ Was