UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YESENIA FRANCO                          )          CASE NO.: 3:26CV-1464-JEP-SJH
and                                     )
KAFIL TUNSILL,                          )  TYPE OF CASE: Civil Action - Federal
                                        )  Question
Plaintiffs,                             )
                                        )
                                        )
v.                                      )
                                        )
LAURA VAN DE VELDE,                     )
(a/k/a Laura Hendrik Camille            )
Van De Velde),                          )
and                                     )
VANESSA GRISALES,                       )
and                                     )
PERCAPITA LLC                           )
Defendants.                             )

---

## PLAINTIFFS' MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT LAURA VAN DE VELDE AND FOR AUTHORIZATION OF SUPPLEMENTAL ALTERNATIVE SERVICE ON DEFENDANT VANESSA GRISALES

---

Plaintiffs Yesenia Franco and Kafil Tunsill, proceeding pro se, respectfully move this Court pursuant to Federal Rule of Civil Procedure 4(e)(1), Florida Rule of Civil Procedure 1.070(b), and Florida Statute § 48.161 for an Order authorizing alternative service of process as set forth herein, and state as follows:

### I. BACKGROUND AND SERVICE STATUS OF EACH DEFENDANT

### A. Defendant Vanessa Grisales and PERCAPITA LLC — Known Address; Process Server Dispatched; Alternative Service Requested as Backup

Defendant Vanessa Grisales's physical address has been confirmed through official Florida Division of Corporations records (Sunbiz). Her registered address on file with the State of Florida is **1938 Melvin Ave, Orlando, Florida 32806**, where she is listed as Registered

1

Agent and Trustee of PERCAPITA LLC (Document No. L22000483193, Status: ACTIVE). Plaintiffs are simultaneously dispatching a licensed process server to this address to effect personal service on both Defendant Grisales individually and on PERCAPITA LLC through its registered agent.

However, given the urgency of the concurrently filed Emergency Ex Parte Motion for Temporary Restraining Order and the risk that Defendant Grisales may evade or avoid personal service — particularly in light of her demonstrated willingness to defy court-adjacent authority (evidenced by her deliberate reposting of content after Instagram's platform removal on June 3, 2026) — Plaintiffs respectfully request that this Court also authorize supplemental alternative service on Defendant Grisales via Instagram direct message to her account @infinitecurrent11, to be used in the event that personal service at the registered address is unsuccessful within five (5) days of the issuance of any TRO.

## B. Defendant Laura Van de Velde — Address Unknown; Alternative Service Required

Defendant Laura Van de Velde's current Florida address is unknown to Plaintiffs. Her last known documented U.S. mailing address is 3350 Toledo Terrace, Apt. 404, Hyattsville, Maryland 20782, as reflected in U.S. government records. Plaintiffs are simultaneously dispatching inquiry to that address, but given that Van de Velde is known to have relocated to Florida, personal service at the Maryland address may be unsuccessful. Van de Velde has communicated with Plaintiff Franco exclusively through electronic means — email and messaging applications — and has no publicly known Florida address. A Rule 45 subpoena to Meta Platforms, Inc. has been prepared and will be filed immediately upon assignment of a case number to obtain Van de Velde's current address; however, Meta's response timeline of 14–30 days is incompatible with the urgency of the TRO relief sought.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 4(e)(1) permits service of process by "following state law

2

for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located." Florida Rule of Civil Procedure 1.070(b) and Florida Statute § 48.161 authorize substituted and alternative service where a defendant cannot be served through ordinary means. Federal courts in this Circuit have increasingly authorized service via social media and electronic means where a defendant is identifiable through their online presence and traditional service has been unsuccessful or is likely to be so. *See FTC v. PCCare247 Inc.*, No. 12-cv-7189, 2013 WL 841037 (S.D.N.Y. Mar. 7, 2013); *St. Francis Assisi v. Kuwait Finance House*, No. 3:16-cv-03240, 2016 WL 5725002 (N.D. Cal. Sept. 30, 2016).

## III. DEFENDANTS ARE REACHABLE THROUGH PROPOSED ALTERNATIVE MEANS

### A. Defendant Grisales

Defendant Grisales actively monitors and posts from her Instagram account @infinitecurrent11. As recently as June 3, 2026 — the date of this filing — she published new content to that account, demonstrating active and continuous use. She has 17,000+ followers and uses the account as her primary public communications platform. Service via Instagram direct message to @infinitecurrent11 will, with reasonable certainty, bring the summons and complaint to her actual attention.

### B. Defendant Van de Velde

Defendant Van de Velde has communicated with Plaintiff Franco through email and electronic messaging, demonstrating that she is reachable through electronic means. Plaintiffs request authorization to serve Van de Velde via email to all known email addresses associated with her communications with Plaintiff Franco, including the email address used in her December 17, 2025 email to Plaintiff Franco (subject: "Donation for the mentorship"), which is preserved as Exhibit A.

3

## IV. PROPOSED METHOD OF ALTERNATIVE SERVICE

Plaintiffs respectfully request that this Court authorize the following:

### As to Defendant Vanessa Grisales:

Primary service: Personal service via licensed process server at 1938 Melvin Ave, Orlando, Florida 32806, to be attempted within five (5) days of the Court's Order.

Supplemental alternative service (if personal service unsuccessful): Service via Instagram direct message to account @infinitecurrent11, with a copy of the summons, complaint, and all concurrently filed motions attached as PDF documents, to be completed within forty-eight (48) hours of a failed personal service attempt.

### As to PERCAPITA LLC:

Service through its registered agent, Vanessa Grisales, at 1938 Melvin Ave, Orlando, Florida 32806, simultaneously with personal service on Defendant Grisales.

### As to Defendant Laura Van de Velde:

Primary alternative service: Service via email to all known email addresses used by Van de Velde in communications with Plaintiff Franco, with a copy of the summons, complaint, and all concurrently filed motions attached as PDF documents, to be completed within forty-eight (48) hours of this Court's Order.

Secondary service: Personal service via process server at last known address: 3350 Toledo Terrace, Apt. 404, Hyattsville, Maryland 20782.

Plaintiffs shall file proof of service with this Court within five (5) days of completing service by any authorized method.

## V. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an Order:

1. Authorizing supplemental alternative service on Defendant Vanessa Grisales via

4

Instagram direct message to @infinitecurrent11 in the event personal service at 1938 Melvin Ave, Orlando, Florida 32806 is unsuccessful within five (5) days;

2. Authorizing alternative service on Defendant Laura Van de Velde via email to all known email addresses used in her communications with Plaintiff Franco, and via process server at her last known Maryland address;

3. Authorizing service on PERCAPITA LLC through its registered agent, Vanessa Grisales, at 1938 Melvin Ave, Orlando, Florida 32806; and

4. Deeming service complete upon filing of proof of service by any authorized method.

Respectfully submitted,

_____
YESENIA FRANCO
Plaintiff, Pro Se
Address: FILED UNDER SEAL — Motion to Seal Filed Concurrently
yeseniafranco07@yahoo.com

_____
KAFIL TUNSILL
Plaintiff, Pro Se
P.O. Box 364
Jacksonville, Florida 32201
(904) 576-8981
Servinghumanity89@gmail.com

6/4/2026

5