# LIST OF EXHIBITS

EXHIBIT A – Hold Harmless & Indemnity Agreement & Non-Disclosure

Agreement, dated October 17,2025

EXHIBIT B – Screenshots of commercial posts published on @infinitecurrent11

# EXHIBIT A

# EXCLUSIVE NON-DISCLOSURE AGREEMENT (NDA)

Private Educational Offering ¦Equity Jurisdiction
Version: Royale Impératrice Trust Access NDA

### This Agreement is entered into by and between:

Disclosing Party:
Royale Impératrice Yesenia, Trustee of Royale Ab Initio Express Trust, hereafter referred to as
 "Discloser" , operating in private capacity, exclusive equity, and divine jurisdiction.

Receiving Party:
Name: _Laura Van de Velde_____
Email: _lvdv15@hotmail.com_____
(Hereafter referred to as "Recipient" or "Participant" )

## 1. Purpose

Recipient desires access to private educational materials, classes, strategies, and resources,
including but not limited to: status correction teachings, trust law insights, ministry
frameworks, templates, intellectual property, and proprietary processes. This information is
confidential, sacred, and not for public distribution.

## 2. Confidentiality

Recipient agrees to:
- Not disclose, copy, record, distribute, or share any materials, teachings, templates, or
communications without written consent.
- Not teach, sell, license, or repackage the information, whether in part or in whole, under their
own brand or in collaboration with others.
- Use the material strictly for private personal education and lawful application.

## 3. Jurisdiction

This agreement is executed in the private domain under exclusive equity, protected by:
- The Maxims of Equity
- The First Amendment, Natural Law, and Divine Right
- Ecclesiastical Trust Authority

No consent is granted to statutory courts or corporate jurisdiction unless explicitly agreed upon by the Discloser.

## 4. Term

This Agreement is binding perpetually from the date of signing unless released in writing by the Discloser.

## 5. Remedies

Any breach of this agreement constitutes a trespass upon private trust res and violation of ecclesiastical jurisdiction. Remedies may include:

- Immediate termination of access
- Private claims for damages or lien
- Public notice of breach within ecclesiastical and private record

## 6. Acknowledgment

By signing below, Recipient affirms:

- Full understanding of the sacred and private nature of the information shared
- Consent to be bound by the terms outlined above
- Willful acceptance of lawful consequences for any breach

## 7. Signatures

Recipient / Participant

Name (Print): _Laura Van de Velde_____

Signature: _____

Date: ____17th of October 2025_____

Discloser

Royale Impératrice Yesenia

Trustee, Royale Ab Initio Express Trust


"To receive sacred knowledge is a privilege, not a right. To protect it is an oath." – Goddess of Equity

**Gmail**

## Fwd: LAURA VAN DE VELDE NDA Re: Status Correction Class - Hold Harmless & Indemnity Agreement & NDA

1 message

Yesenia Rose <hello@freedom-codes.com>                                    Wed, Jun 3, 2026 at 2:40 PM
To: Kafil Tunsill <servinghumanity89@gmail.com>

---------- Forwarded message ----------
From: **Laura Van de Velde** <lvdv15@hotmail.com>
Date: Fri, Oct 17, 2025 at 6:57 AM
Subject: LAURA VAN DE VELDE NDA Re: Status Correction Class - Hold Harmless & Indemnity Agreement & NDA
To: Yesenia Rose <hello@freedom-codes.com>

### HOLD HARMLESS AND INDEMNITY AGREEMENT
Non-Negotiable -Private Between the Parties: Yesenia Rose Freedom-Codes

For valuable consideration between parties, this hold harmless Trust Arrangement is agreed to as members of this covenant and without division. The parties hold harmless and agree to indemnify all parties who are members of groups listed/private membership associations/ classes as stated.

I (as stated below) promise to hold harmless ANY parties/ group members from and against any and all charges, claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, loss, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as might become about from past, present or future participation via shared testimony, education, information, or entertainment exchange on the Instagram, YouTube, Facebook, Zoom platforms now listed. Nunc pro tunc. Bonafide holders of covenant.

This Hold-harmless and Indemnity Agreement is mutually agreed upon by

NAME: Laura Van de Velde
& INTIALS: LVdV
IG or FB Tag Name: @fromburnouttobank
Email: lvdv15@hotmail.com

between Yesenia Rose.
As Good As Aval. Hold Harmless/Indemnity Agreement In Honor I, Laura Van de Velde

Todays Date: 17/10/2025

### NOTICE OF NON-DISCLOSURE & PRIVATE AGREEMENT
By reading this email, accessing the attached materials, attending any classes, or reviewing any shared content, you agree to the following terms:

1. **Confidentiality:** All materials, recordings, documents, and information shared herein are **private, proprietary, and not for public distribution.** You agree not to record, copy, forward, disclose, or reproduce any part of this communication without prior written consent from the original sender.
2. **Private Membership:** Participation is considered an act of **private membership,** not public accommodation. This exchange is conducted under **private ecclesiastical and equitable jurisdiction** and is protected under **Natural Law and the First Amendment.**
3. **Non-Commercial Use:** You agree not to use the information shared for any commercial, competitive, or unauthorized instructional purposes.
4. **Violation Penalty:** Unauthorized use, disclosure, or sharing of materials will be considered a trespass, breach of private trust, and subject to private claim, lien, and enforcement under exclusive equity jurisdiction.

Proceeding further constitutes your agreement to these terms. If you do not agree, please discontinue access, do not attend any further classes/private meetings and delete this email immediately (please be sure to fill out the attachment and send back).
Sent from my iPhone

On Oct 16, 2025, at 10:27 PM, Yesenia Rose <hello@freedom-codes.com> wrote:

Hello everyone!

I have only received back the signed NDA and Hold Harmless Agreement by only 3 people (out of 20).

Out of courtesy I will be extending this class to next week to give people the time to sign and return back to me.

For those of you that did sign and return, please let me know ASAP if Tuesday will be good at 6pm (PDT). I will be reaching out to my cusip guy to update him on the new time.

In the event that you do not send back the signed NDA and HHA, the class will be held without you and I will not release the replay until the agreement is signed and returned back to me.

Thank you for understanding and apologies for inconvenience.

On Thu, Oct 16, 2025, 2:43 AM Yesenia Rose <hello@freedom-codes.com> wrote:
Good evening everyone!

I pray this email finds you all well. I am SOOOOOOOOOOOOOOOOOOOOOOOOOOOOO excited to be seeing everyone on Friday (October 17th) at 6:00pm (PDT).

I have been juggling so much this last month it seriously has been crazy and it has been hard to keep up (I am currently seeking an assistant to help me with administrative work to keep me stay at float because I feel I am drowning).

Please know there are about 20 people attending (I did not market it as much as I could have as I have been studying a lot of more complex processes along with helping my current clients and juggling my family). I am debating on remaining public or just going private with minimal public eye (debating we will see). Regardless I am really excited to share all the information I will be presenting this Friday as I truly believe a lot of this information is something that is not really shared in the public, as you know (if you have seen my recent reel), I am being mentored in the private with two groups who are exclusively private and I have been asked to not share specific information or who they are. Regardless I will be introducing the knowledge in my own style of teaching without their mention or materials and we will be having a special guest who helps with cusip!! This class will be jam packed with so much information (please be prepared, have your dinner, water, notebook and questions ready to sit down and learn!).

With all the information I am learning I am requiring everyone to please fill in below. Please send it back to me copied and pasted back into the email body with your information filed out. I am also requiring all participants to sign an NDA (private material, teachings, videos, templates, audios etc) (please see attached and summary below). Please sign and either screenshot and send back only the signature page.

**IF THIS IS NOT SENT BACK YOU WILL NOT HAVE ACCESS TO THE CLASS!! I will be sending the updated link on Friday

HOLD HARMLESS AND INDEMNITY AGREEMENT
Non-Negotiable -Private Between the Parties: Yesenia Rose Freedom-Codes

For valuable consideration between parties, this hold harmless Trust Arrangement is agreed to as members of this covenant and without division. The parties hold harmless and agree to indemnify all parties who are members of groups listed/private membership associations/ classes as stated.

I (as stated below) promise to hold harmless ANY parties/ group members from and against any and all charges, claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, loss, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as might become about from past, present or future participation via shared testimony, education, information, or entertainment exchange on the Instagram, YouTube, Facebook, Zoom platforms now listed. Nunc pro tunc. Bonafide holders of covenant.

This Hold-harmless and Indemnity Agreement is mutually agreed upon by

NAME: >>>> YOUR_NAME_HERE
& INTIALS: >> XXXX
IG or FB Tag Name:
Email: 1234@yahoo.com

between Yesenia Rose.
As Good As Aval. Hold Harmless/Indemnity Agreement In Honor I, YOUR_FULL_NAME_HERE

Todays Date: xx/xx/2025


NOTICE OF NON-DISCLOSURE & PRIVATE AGREEMENT

By reading this email, accessing the attached materials, attending any classes, or reviewing any shared content, you agree to the following terms:

1. **Confidentiality:** All materials, recordings, documents, and information shared herein are **private, proprietary, and not for public distribution.** You agree not to record, copy, forward, disclose, or reproduce any part of this communication without prior **written consent** from the original sender.

2. **Private Membership:** Participation is considered an act of **private membership,** not public accommodation. This exchange is conducted under **private ecclesiastical and equitable jurisdiction** and is protected under **Natural Law and the First Amendment.**

3. **Non-Commercial Use:** You agree not to use the information shared for any commercial, competitive, or unauthorized instructional purposes.

4. **Violation Penalty:** Unauthorized use, disclosure, or sharing of materials will be considered a **trespass,** breach of private trust, and subject to private claim, lien, and enforcement under exclusive equity jurisdiction.

Proceeding further constitutes your agreement to these terms. If you do not agree, please discontinue access, do not attend any further classes/private meetings and delete this email immediately (please be sure to fill out the attachment and send back).

Thank you!

Warm Regards,
Yesenia Rose
Freedom-Codes


All Rights Reserved | Without Prejudice | Without Recourse
American National | Secured Party Creditor | Private Entity

Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521)**. It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent**.

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.

—

Warm Regards,
Yesenia Rose
Freedom-Codes

/

**All Rights Reserved | Without Prejudice | Without Recourse**
**American National | Secured Party Creditor | Private Entity**

Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521)**. It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent**.

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.

—

Warm Regards,
Yesenia Rose
Freedom-Codes
Linkedin Instagram YouTube Facebook Website Services
Consults Private Academy

**All Rights Reserved**

Notice to Agents is Notice to Principals. Notice to Principals is Notice to Agents.
This communication is private and protected under the **Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521)**. It is intended only for the named recipient(s) and may contain privileged and confidential information.

Unauthorized review, surveillance, access, or use by any public or private entity—including corporate, municipal, federal, or international organizations—is strictly prohibited without **express written consent**.

**All consultations and materials provided are for educational purposes only and do not constitute legal, medical, or financial advice.**

I reserve all rights, without prejudice and without recourse. Nunc pro tunc.
In De Jure Freedom.

*\*This message and its material provided (written or verbal) is exclusively intended for educational and administrative support purposes only. No legal, financial, medical or tax advice is given.*

# EXHIBIT B



6:23

**Posts**
infinitecurrent11

Follow

‹

Watch more reels

Watch again

I be in my zone

♡ 16   💬 4   ⟳   ▽                      🔖

**infinitecurrent11** Whatever the task, big or small, do it happy. 😆 It always turns out better. 🚶

March 2


infinitecurrent11
🎵 infinitecurrent11 · Original audio

IMG_5249.png





**6:18**

**Posts**
infinitecurrent11

**Follow**

3 days ago

infinitecurrent11



how time flies...

♡ 41   💬 4

**infinitecurrent11** how time flies...

3 days ago



infinitecurrent11
♫ Michael Kiwanuka · Solid Ground

7/1/2026, 12:12 PM

6:22

Posts

Follow

infinitecurrent11



infinitecurrent11



**Small Home.
Big Opportunity**

3 Bed | 2 Bath | Overszied Lot | R4 Zoning

$277,000



♡ 9    💬    🔁    ◁                                ◫

**infinitecurrent11** Most buyers are chasing bigger homes. Smart buyers look for better opportunities...

more

March 23



infinitecurrent11
🎵 Lil Wayne · Shoot Me Down (feat. D. Smith) 🅴

**Derrick Gonzalez**
37m · 🌐                                    ···    ✕

"Legitimate arrest WARRANTS are not used anymore. Since the office of judge is always VACANT, there is not any power of official signature. The foreign B.A.R. mafia

1 of 1

7/1/2026, 12:11 PM