**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**YESENIA FRANCO**
(a/k/a YESENIA ROSE), and
**KAFIL TUNSILL,**

Plaintiffs,

v.

**LAURA VAN DE VELDE**
(a/k/a Laura Hendrik Camille Van De Velde),
**VANESSA GRISALES, and**
**PERCAPITA LLC,**

Defendants.

**CASE NO.:**
3:26-cv-01464-JEP-SJH

**TYPE OF CASE:**
Civil Action
Federal Question

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING TRANSFER TO THE ORLANDO DIVISION**

Plaintiffs Yesenia Franco and Kafil Tunsill, proceeding pro se, respectfully respond to the Court's September 9, 2026 Order (Doc. 29). Plaintiffs do not oppose transfer of this action to the Orlando Division and agree that the Orlando Division is the division most directly connected to the action and the division in which the action can be most conveniently advanced.

**1.** The operative Second Amended Verified Complaint (Doc. 21) alleges that Defendant Vanessa Grisales resides in Orlando, Orange County, Florida, and that Defendant PERCAPITA LLC has its principal address in Orlando. (Doc. 21 ¶¶ 8–9.)

**2.** The operative complaint further alleges that Defendant Grisales carried out the principal Florida-based conduct at issue through an Instagram platform associated with her and through PERCAPITA LLC's alleged commercial infrastructure. (Id. ¶¶ 21–30, 38.) The complaint therefore places the principal alleged Florida conduct, the Florida defendants, and likely related evidence in or near Orange County.

**3.** Orange County is within the Orlando Division. Under Middle District of Florida Local Rule 1.04(b), a civil action must proceed in the division to which it is most directly connected or in which it can be most conveniently advanced, and the Court must transfer the action to the division most consistent with that purpose.

**4.** Plaintiff Tunsill resides in Duval County and alleges that he experienced harm there. (Doc. 21 ¶¶ 6, 32.) That connection supported Plaintiffs' initial selection of the Jacksonville Division. After reviewing the Court's Order and the operative complaint as a whole, however, Plaintiffs do not contend that the Jacksonville Division is more directly connected to the action or that transfer would create an undue burden.

**5.** Accordingly, Plaintiffs consent to transfer and respectfully request that the Court discharge the Order to Show Cause and transfer this action to the Orlando Division.

WHEREFORE, Plaintiffs respectfully state that they do not oppose transfer of this action to the Orlando Division and request such further relief as the Court deems appropriate.

Dated: September 22nd, 2026.

Yesenia Franco
**YESENIA FRANCO**
Plaintiff, Pro Se
P.O. Box 364
Jacksonville, Florida 32201
yeseniafranco07@yahoo.com
Telephone: (904) 576-8981
(authorized contact number)

Kafil Tunsill
**KAFIL TUNSILL**
Plaintiff, Pro Se
P.O. Box 364
Jacksonville, Florida 32201
(904) 576-8981
servinghumanity89@gmail.com